·Alsens American Portland Cement Works, Respondent, v. New Jersey Dock and Bridge Building Company, Appellant.— Judgment affirmed,

with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.